UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-04328 GAF (RZx) | Date | September 7, 2011 |
|---|---|---|---|
| Title | SUMMIT ENTERTAINMENT, LLC v. B.B. DAKOTA, INC., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** In Chambers –
**PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME** (Filed September 2, 2011 - Doc 46)

Plaintiff's Ex Parte Application for Order Shortening Time to Hear Motion to Compel and Request for Sanctions or, in the Alternative, For Order to Compel is denied. No showing of entitlement to ex parte relief has been made. *In re Intermagnetics America, Inc.*, 101 B.R. 191 (C.D. Cal. 1989); *Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995).

The parties' stipulation to extend the discovery deadline was rejected by the Court – without prejudice – for failure to demonstrate the good cause required by Fed. R. Civ. P. 16(b)(4). That rejection cannot become the basis for the ex parte relief sought by the present application; if diligence was not shown to extend the deadline, that absence cannot transmogrify into a compressing of the timelines that apply to the Court's normal motion procedure.

cc:  Hon. Gary A. Feess

|  | : |  |
|---|---|---|
| Initials of Preparer | | igb |