# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-04328-GAF (RZx) | Date | October 17, 2011 |
|---|---|---|---|
| Title | Summit Entertainment, LLC v. B.B. Dakota, Inc. et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Renee Fisher | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Barry E Mallen<br>Jill M Pietrini | Robert F Helfing |

**Proceedings:**   MOTIONS HEARING (Non-Evidentiary) (Held & Completed)

1) DEFENDANT BB DAKOTA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF THIRD CAUSE OF ACTION FOR TRADEMARK DILUTION (filed 9/13/11) [52][53]

2) PLAINTIFF AND COUNTER-DEFENDANT SUMMIT ENTERTAINMENT, LLC'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT B.B. DAKOTA, INC'S FIRST AND SECOND COUNTERCLAIMS FOR TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION (filed 9/13/11) [55]

3) PLAINTIFF AND COUNTER-DEFENDANT SUMMIT ENTERTAINMENT, LLC'S MOTION FOR SUMMARY ADJUDICATION ON LIABILITY (filed 9/13/11) [58]

4) PLAINTIFF AND COUNTER DEFENDANT SUMMIT MOTION TO STRIKE DECLARATIONS OF GLORIA BRANDES (filed 10/3/11) [101]

Matter called.  Counsel state their appearances for the record.  Court advises counsel of the tentative ruling as stated in court and on the record on above motions and invites counsel to present their oral arguments.  Arguments by counsel are heard.  The matter is taken under submission, a written order to follow.

IT IS SO ORDERED.

|  | 00 | : | 52 |
|---|---|---|---|
| | Initials of Preparer | rf | |