1  MANATT, PHELPS & PHILLIPS, LLP
   Jill M. Pietrini, Esq. (Bar No. 138335)
2     jpietrini@manatt.com
   Barry E. Mallen, Esq. (Bar No. 120005)
3     bmallen@manatt.com
   Diana I. Iorlano, Esq. (Bar No. 193359)
4     diorlano@manatt.com
   Paul A. Bost, Esq. (Bar No. 261531)
5     pbost@manatt.com
   11355 West Olympic Boulevard
6  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
7  Facsimile:  (310) 312-4224

8  *Attorneys for Plaintiff and Counter-Defendant*
   SUMMIT ENTERTAINMENT, LLC

9

10

11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12                      WESTERN DIVISION

13

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>B.B. DAKOTA, INC., et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  CV-10-4328-GAF (RZx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LIMITED REVIEW OF NONDISPOSITIVE RULING OF MAGISTRATE JUDGE DATED OCTOBER 4, 2011**<br><br>Date:   TBD<br>Time:   TBD<br>Ctrm:   Roybal 740<br>Judge:  Hon. Gary Feess<br><br>Complaint Filed:     June 11, 2010<br>Motion Cutoff:       October 25, 2011<br>Pretrial Conf. Date: November 14, 2011<br>Trial Date:          December 13, 2011 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2    After consideration of Plaintiff Summit Entertainment, LLC's *Ex Parte*
3    Application for an order granting limited review of the October 4, 2011 Order of
4    Magistrate Judge Ralph Zarefsky Granting In Part and Denying in Part Plaintiff's
5    Motion to Compel ("Summit's Application") and all papers submitted in support of
6    and in opposition to Summit's Application, and
7    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT
8    The portion of Magistrate Judge Zarefsky's October 4, 2011 Order regarding
9    documents withheld by defendant B.B. Dakota, Inc. (Order at 1:22-26) is hereby
10   reversed and stricken;
11   [AND]
12
13   B.B. Dakota is ordered to immediately produce the documents on its
14   privilege log for which no attorney is listed as a sender or recipient.
15   [OR]
16   Defendant B.B. Dakota, Inc. is hereby ORDERED to produce for an *in*
17   *camera* review the following documents:

| Bates | Date | Descript. | Author | Recipient | Basis |
|---|---|---|---|---|---|
| BBD0537 | 1/07/2011 | E-Mail | Gloria Brandes | Carol Christopherson [cc: Jill Stein, Staci Hoffman] | ACP |
| BBD0620-BBD0621 | REDACTED | E-Mail | REDACTED | REDACTED | ACP |
| BBD0625 | REDACTED | E-Mail | REDACTED | REDACTED | ACP |
| BBD1079- | 7/27/201 [sic] | E-Mail | Jill Stein | Philip Brandes | ACP |

28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| Bates | Date | Descript. | Author | Recipient | Basis |
|---|---|---|---|---|---|
| 83 | | | | | |
| BBD1084-87 | 7/27/2011 | E-Mail | Jill Stein | Philip Brandes | ACP |
| BBD1088 | 7/26/2011 | E-Mail | Jill Stein | Philip Brandes | ACP |
| BBD1089-90 | 7/26/2011 | E-Mail | Jill Stein | Philip Brandes | ACP |
| BBD1091 | 7/26/2011 | E-Mail | Jill Stein | Philip Brandes | ACP |
| BBD1092 | 7/26/2011 | E-Mail | Jill Stein | Philip Brandes | ACP |
| BBD1093 | 7/26/2011 | E-Mail | Philip Brandes | Jill Stein | ACP |
| BBD1094-96 | 7/27/2011 | E-Mail | Philip Brandes | Jill Stein | ACP |
| BBD1097-98 | 7/27/2011 | E-Mail | Philip Brandes | Jill Stein | ACP |

IT IS SO ORDERED.


Dated: _____      _____
                              Hon. Gary Feess
                              UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP


By: /S/Diana I. Iorlano
    Diana I. Iorlano

*Attorneys for Plaintiff and Counter-Defendant*
SUMMIT ENTERTAINMENT, LLC

300849707.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3